UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JANE DOE,

    Plaintiff,

v

SIENA HEIGHTS UNIVERSITY,

    Defendant.

Case No. 23-11400
Hon. Sean F. Cox

| ROUMEL LAW | STARR, BUTLER, ALEXOPOULOS & STONER, PLLC |
|---|---|
| Nicholas Roumel (P37056) | Kay Rivest Butler (P41651) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 4101 Thornoaks Dr. | 20700 Civic Center Dr., Ste. 290 |
| Ann Arbor, MI  48104 | Southfield, MI  48076 |
| (734) 645-7507 | (248) 864-4932 |
| nick@roumel-law.com | kbutler@starrbutler.com |
| | fhollander@starrbutler.com |

## STIPULATED ORDER REGARDING ADR

The Court is advised that the parties stipulate to engage in voluntary facilitation with mediator Kathleen Bogas. They are actively seeking a mutually agreeable date within 45 days of the discovery cutoff date (July 31, 2024).

The Court approves the stipulation of the parties, and it is SO ORDERED.

Dated:  July 16, 2024

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

**So Stipulated:**

*/s/ Nicholas Roumel*

Nicholas Roumel (P37056)

*/s/ Kay Rivest Butler w/permission NR*

Kay Rivest Butler (P41651)

Attorney for Plaintiff                Attorney for Defendants