UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

    Plaintiff,

                                                Civil Case No. 23-11400

v.

SIENA HEIGHTS UNIVERSITY,        Sean F. Cox
                                                    United States District Court Judge

    Defendant.

_____/

## ORDER TO SHOW CAUSE

On October 30, 2024, Defendant filed a summary judgment motion. (ECF No. 23). In a Stipulation and Order entered on November 18, 2024, the parties agreed that Plaintiff could have until December 11, 2024, to file her response to that motion. Although that date has passed, Plaintiff has not filed a response to the pending motion.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, no later than **December 27, 2024**, why the currently unopposed motion should not be granted. Plaintiff is cautioned that failure to file a timely response to this Order may be construed as abandonment of the claims asserted in this action and may result in this case being dismissed for failure to prosecute. *See Atwater v. Bank of New York Mellon Trust Co., N.A.*, 586 F. App'x 222 (6th Cir. 2014).

    **IT IS SO ORDERED**.

                                                              s/Sean F. Cox
                                                              Sean F. Cox
                                                              United States District Judge

Dated: December 18, 2024