UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JANE DOE,

    Plaintiff,

Case No. 23-11400
Hon. Sean F. Cox

v.

SIENA HEIGHTS UNIVERSITY,

    Defendant.

| ROUMEL LAW | STARR, BUTLER & STONER, PLLC |
|---|---|
| Nicholas Roumel (P37056) | Kay Rivest Butler (P41651) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 4101 Thornoaks Dr. | 20700 Civic Center Dr., Ste. 290 |
| Ann Arbor, MI 48104 | Southfield, MI 48076 |
| (734) 645-7507 | (248) 864-4932 |
| nick@roumel-law.com | kbutler@starrbutler.com |

### **STIPULATED ORDER FOR DISMISSAL**

The parties having stipulated to the dismissal of the above referenced cause of action with prejudice and without costs, interest and attorney fees to any party, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-entitled cause be dismissed with prejudice and without costs, interest, and attorney fees to any party.

IT IS SO ORDERED.

Dated: January 24, 2025

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

{00131393.DOCX}

Approved as to Form and Substance:

| | |
|---|---|
| /s/ Nicholas Roumel (w/consent) | /s/ Kay Rivest Butler |
| Nicholas Roumel (P37056) | Kay Rivest Butler (P41651) |
| Attorney for Plaintiff | Attorney for Defendant |